

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters:** 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address:** P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0048945          **PREVIOUS POLICY NUMBER:** CSU0048945

**NAMED INSURED AND MAILING ADDRESS:**
Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

Refer to Named Insured Schedule CSIA409
4512 MANCHESTER AVE UNIT 3
SAINT LOUIS MO 63110

| | |
|---|---|
| **PRODUCER - Your contact for matters pertaining to this policy:** 24-045<br>The Cornerstone Insurance Group, LLC<br>721 Emerson Rd Ste 500<br>Saint Louis MO 63141-6757 | **Broker:** 0410986<br>CSU Producer Resources, Inc.<br>6200 South Gilmore Road<br>Fairfield, OH 45014-5141<br>Scott Hintze |

**Policy Period: From** 07/05/2014   **To** 07/05/2015   AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual  ☐ Partnership ☐ Corporation ☐ Joint Venture  ☒ Limited Liability Company ☐ Other

**Business Description:** Wine Cellar Services - Inventory Management/Consulting/Storage/Deliver

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| DEPOSIT PREMIUM | | |
| Commercial General Liability | $ | 22,239.00 |
| Terrorism Risk Insurance Extension Act | $ | 334.00 |
| **TOTAL POLICY PREMIUM** | $ | 22,573.00 |
| CANCELLATION MINIMUM EARNED PREMIUM IS 25.0% OF TOTAL POLICY PREMIUM. | | |
| Surplus Lines Taxes | $ | 1,058.18 |
| Stamping Fee | $ | 2.79 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 23,633.97 |

**Premium is subject to annual audit:** ☐ Yes  ☒ No

**NOTICE TO POLICYHOLDER:**
This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws. It is NOT covered by the Missouri Insurance Guaranty Association. This insurer is not licensed by the state of Missouri and is not subject to its supervision.

EXHIBIT

tabbies®

A

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule  CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by:   IL11111111111 _____   Date  _____

(Authorized representative or countersignature, where applicable)

**POLICY NUMBER** CSU0048945

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

### SCHEDULE

Named Insured:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago,
LLC; Domaine St. Louis, LLC; Domain New York, LLC


Domaine DC, LLC
Domaine Transit, LLC

# Forms and Endorsements Schedule

POLICY NUMBER:  CSU0048945        POLICY EFFECTIVE DATE:  07/05/2014

NAMED INSURED: LLC; Domaine St. Louis, LLC; Domain New York, LLC

Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago,

## FORMS APPLICABLE

Forms Applicable - Common Forms

CSIA501 (06/11)    - Common Policy Declarations
CSIA409 (01/08)    - Named Insured Schedule
CSIA410 (03/08)    - Notice to Policyholders
CSIA417 (01/09)    - Cap on Losses from Certified Acts of Terrorism

Forms Applicable - Commercial General Liability

CSGA501 (04/08)    Commercial General Liability Coverage Part Declarations
CSGA403 (10/07)    Liability Premises Schedule
CSGA408 (04/08)    Commercial General Liability Classification and Premium Schedule
CG0001TOC (04/13)  Commercial General Liability Coverage Form Table of Contents
CG0001 (04/13)     Commercial General Liability Coverage Form
CSGA401TOC (02/13) Changes to Commercial General Liability Coverage Form Table of Contents
CSGA401 (02/13)    Changes to Commercial General Liability Coverage Form
CSGA402TOC (02/13) Contractors-Changes to Commercial General Liability Coverage Part Table of Contents
CSGA402 (02/13)    Contractors-Changes to Commercial General Liability Coverage Part
CSIA403 (08/07)    Special Provisions - Premium
CSIA404 (08/07)    Service of Suit
IL0017 (11/98)     Common Policy Conditions
IL0208 (09/07)     NJ Changes - Cancellation and Nonrenewal
IL0003 (09/08)     Calculation of Premium
CG2229 (11/85)     Exclusion - Property Entrusted
CG2196 (03/05)     Silica Or Silica-Related Dust Exclusion
CG2149 (09/99)     Total Pollution Exclusion Endorsement

CSIA 406 08 07

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0048945        **POLICY EFFECTIVE DATE:** 07/05/2014

**NAMED INSURED:** LLC; Domaine St. Louis, LLC; Domain New York, LLC

Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago,

## FORMS APPLICABLE

| Form | Description |
|------|-------------|
| Forms Applicable - Commercial General Liability | |
| CG2147 (12/07) | Employment-Related Practices Exclusion |
| CG0300 (01/96) | Deductible Liability Insurance |
| CSGA418 (06/08) | Amendment of Pollutants Definition |
| CSGA361 (06/08) | Exclusion - Fungi or Bacteria |
| CSGA439 (11/08) | Amendment of Duties in the Event of Occurrence Offense Claim or Suit Condition |
| IL0021 (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| CSL1348 (01/08) | Limitation - No Stacking of Limits of Insurance |
| CG2625 (04/05) | Missouri Changes - Guaranty Association |
| CSGA320 (01/08) | Exclusion - Intellectual Property |
| CG0435 (12/07) | Employee Benefits Liability Coverage |
| CSGA322 (01/08) | Exclusion - Manganese |
| CSIA405 (08/09)-A | Commercial General Liability Hired and Non-Owned Auto |
| CG2650 (04/13) | Missouri Changes - Medical Payments |
| CSGA4091 (04/13) | 2012 General Liability Multistate Forms Revision Notice to Policyholders |
| CG2426 (04/13) | Amendment of Insured Contract Definition |
| CG2150 (04/13) | Amendment of Liquor Liability Exclusion |
| CSGA416 (04/08) | Independent Contractors Limitations of Coverage |
| CSGA437 (11/08) | Additional Insured-Owners Lessees or Contractors-Automatic Status When Required in Construction Agr |

CSIA 406 08 07

## THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.

CSIA 417 01 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements subject to the federal Terrorism Risk Insurance Act and any amendments and extensions thereto**

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B. Cap On Losses from Certified Acts of Terrorism**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability, omission or absence of a terrorism exclusion, does not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or Endorsement such as losses excluded by:

1. Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;

2. Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

3. Any other exclusion,

regardless if the "certified act of terrorism" contributes concurrently or in any sequence to the loss.

**D. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism that takes place after the expiration or repeal of the Act.

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

CSIA 417 01 09

Page 1 of 1 ☐

## THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0048945          Effective date: 07/05/2014

Named Insured: Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ 1,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule CSIA 406

**COMMERCIAL GENERAL LIABILITY PREMISES SCHEDULE :** Refer to CSGA 403

**COMMERCIAL GENERAL LIABILITY CLASSIFICATION AND PREMIUM SCHEDULE:** Refer to CSGA 408

**TOTAL DEPOSIT PREMIUM $** 22,239

Premium is subject to annual audit: ☐ Yes  ☒ No

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0048945        **POLICY EFFECTIVE DATE:** 07/05/2014        ☒ **if Supplemental Declarations Is Attached**

**NAMED INSURED:** Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC. | ADDRESS |
|------|---------|
| 1 | 7610 DALE AVE<br>SAINT LOUIS MO 63117 |
| 2 | 1348 W CONCORD PL<br>CHICAGO IL 60642 |
| 3 | 4512 MANCHESTER AVE<br>SAINT LOUIS MO 63110 |
| 4 | 88 CARTER DR<br>EDISON NJ 08817 |
| 5 | 4221 CONNECTICUT AVE NW<br>WASHINGTON DC 20008 |

CSGA 403 10 07                                                                                                    Page 1 of 1

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945          POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE A - Area B - Payroll S - Gross Sales U -Units | RATE Premises Operations and All Other | RATE Products/ Completed Operations | DEPOSIT PREMIUM Premises Operations and All Other | DEPOSIT PREMIUM Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| 1 | Warehouse - cold individual storage lockers | 49763 | S, 300000 | 2.683 | .000 | $805 | |
| 1 | Freight Forwarders or Handlers - Not Otherwise Classified | 94617 | B, 250000 | 12.218 | .000 | $3,055 | |
| 2 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .895 | .000 | $ | |
| 2 | Warehouse - cold individual storage lockers | 49763 | S, 400000 | 6.985 | .000 | $2,794 | |
| 3 | Consultants - Not Otherwise Classified | 41677 | B, 147000 | .717 | .000 | $105 | |
| 4 | Warehouse - cold individual storage lockers | 49763 | S, 1460000 | 9.097 | .000 | $13,282 | |
| 4 | Consultants - Not Otherwise Classified | 41677 | B, If Any | 1.632 | .000 | $ | |
| 5 | Warehouse - cold individual storage lockers | 49763 | S, 400000 | 2.397 | .000 | $959 | |
| 5 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .717 | .000 | $ | |
| | Employee Benefits | | | | | $239 | |
| | CSIA4050809-A-Commercial General Liability Hired and Non-Owned Auto | | | | | $500 | |

CSGA 408 04 08

Page 1 of 2

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945          POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE A - Area B - Payroll S - Gross Sales U -Units | RATE Premises Operations and All Other | RATE Products/ Completed Operations | DEPOSIT PREMIUM Premises Operations and All Other | DEPOSIT PREMIUM Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| | CSGA4371108-Additional Insured-Owners, Lessees or Contractors-Automatic Status When Required in Construction Agreement with You-Operations and Completed Operations | | | | | $500 | Flat |

Page 2 of 2

CSGA 408 04 08

COMMERCIAL GENERAL LIABILITY
CG 00 01 TOC 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
## TABLE OF CONTENTS

Page No.

SECTION I - COVERAGES ........................................................................................................ 1
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY .......................... 1
1. Insuring Agreement ....................................................................................................... 1
2. Exclusions ..................................................................................................................... 2
    a. Expected Or Intended Injury ..................................................................................... 2
    b. Contractual Liability .................................................................................................. 2
    c. Liquor Liability .......................................................................................................... 2
    d. Workers' Compensation And Similar Laws ............................................................... 2
    e. Employer's Liability ................................................................................................... 2
    f. Pollution .................................................................................................................... 3
    g. Aircraft, Auto Or Watercraft ..................................................................................... 4
    h. Mobile Equipment ..................................................................................................... 4
    i. War ............................................................................................................................ 4
    j. Damage To Property ................................................................................................. 5
    k. Damage To Your Product .......................................................................................... 5
    l. Damage To Your Work .............................................................................................. 5
    m. Damage To Impaired Property Or Property Not Physically Injured ......................... 5
    n. Recall Of Products, Work Or Impaired Property ....................................................... 5
    o. Personal And Advertising Injury ............................................................................... 5
    p. Electronic Data ......................................................................................................... 6
    q. Recording And Distribution Of Material Or Information In Violation Of Law ............ 6
COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY ................................ 6
1. Insuring Agreement ....................................................................................................... 6
2. Exclusions ..................................................................................................................... 6
    a. Knowing Violation Of Rights Of Another ................................................................... 6
    b. Material Published With Knowledge Of Falsity ......................................................... 6
    c. Material Published Prior To Policy Period ................................................................. 6
    d. Criminal Acts ............................................................................................................ 7
    e. Contractual Liability .................................................................................................. 7
    f. Breach Of Contract ................................................................................................... 7
    g. Quality Or Performance Of Goods - Failure To Conform To Statements ................. 7
    h. Wrong Description Of Prices ..................................................................................... 7
    i. Infringement Of Copyright, Patent, Trademark Or Trade Secret .............................. 7
    j. Insureds In Media And Internet Type Businesses .................................................... 7
    k. Electronic Chatrooms Or Bulletin Boards ................................................................. 7
    l. Unauthorized Use Of Another's Name Or Product ................................................... 7
    m. Pollution .................................................................................................................... 7
    n. Pollution-Related ....................................................................................................... 7
    o. War ............................................................................................................................ 7
    p. Recording And Distribution Of Material Or Information In Violation Of Law ............ 8

TABLE OF CONTENTS (CONT'D)

Page No.

COVERAGE C MEDICAL PAYMENTS .......................................................................... 8
1. Insuring Agreement ................................................................................................. 8
2. Exclusions ............................................................................................................... 8
  a. Any Insured ...................................................................................................... 8
  b. Hired Person ..................................................................................................... 8
  c. Injury On Normally Occupied Premises ........................................................... 8
  d. Workers Compensation And Similar Laws ....................................................... 8
  e. Athletics Activities ........................................................................................... 8
  f. Products-Completed Operations Hazard .......................................................... 8
  g. Coverage A Exclusions .................................................................................... 8
SUPPLEMENTARY PAYMENTS - COVERAGES A AND B ........................................... 8
SECTION II - WHO IS AN INSURED ........................................................................... 10
SECTION III - LIMITS OF INSURANCE ...................................................................... 11
SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS ........................... 11
1. Bankruptcy ............................................................................................................. 11
2. Duties In The Event Of Occurrence, Offense, Claim Or Suit ................................ 11
3. Legal Action Against Us ........................................................................................ 12
4. Other Insurance ..................................................................................................... 12
  a. Primary Insurance ........................................................................................... 12
  b. Excess Insurance ............................................................................................ 12
  c. Method Of Sharing .......................................................................................... 12
5. Premium Audit ....................................................................................................... 13
6. Representations ..................................................................................................... 13
7. Separation Of Insureds ......................................................................................... 13
8. Transfer Of Rights Of Recovery Against Others To Us ........................................ 13
9. When We Do Not Renew ....................................................................................... 13
SECTION V - DEFINITIONS ........................................................................................ 13
1. "Advertisement" ..................................................................................................... 13
2. "Auto" ..................................................................................................................... 13
3. "Bodily injury" ........................................................................................................ 13
4. "Coverage territory" ............................................................................................... 13
5. "Employee" ............................................................................................................ 14
6. "Executive officer" ................................................................................................. 14
7. "Hostile fire" ........................................................................................................... 14
8. "Impaired property" ................................................................................................ 14
9. "Insured contract" .................................................................................................. 14
10. "Leased worker" ................................................................................................... 14
11. "Loading or unloading" ......................................................................................... 14
12. "Mobile equipment" .............................................................................................. 15
13. "Occurrence" ........................................................................................................ 15
14. "Personal and advertising injury" ......................................................................... 15
15. "Pollutants" ........................................................................................................... 15
16. "Products-completed operations hazard" ............................................................. 15

TABLE OF CONTENTS (CONT'D)

Page No.

17. "Property damage" _____ 16
18. "Suit" _____ 16
19. "Temporary worker" _____ 16
20. "Volunteer worker" _____ 16
21. "Your product" _____ 16
22. "Your work" _____ 17

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

        (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

    b. This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        (2) The "bodily injury" or "property damage" occurs during the policy period; and

        (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

        (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© Insurance Services Office, Inc., 2012

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone

else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored,

treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat,

© Insurance Services Office, Inc., 2012

smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is

owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(b) The operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

© Insurance Services Office, Inc., 2012

p. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

q. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

   This insurance does not apply to:

   a. **Knowing Violation Of Rights Of Another**

      "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

   b. **Material Published With Knowledge Of Falsity**

      "Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

   c. **Material Published Prior To Policy Period**

      "Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

CG 00 01 04 13                     © Insurance Services Office, Inc., 2012                     Page 6 of 17

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by

physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

© Insurance Services Office, Inc., 2012

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of

the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by;

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred

before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C**;

   **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or

temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   (1) How, when and where the "occurrence" or offense took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   (1) Immediately record the specifics of the claim or "suit" and the date received; and

   (2) Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow

this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

(2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises

you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

CG 00 01 04 13                    © Insurance Services Office, Inc., 2012                    Page 16 of 17

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CSGA 401 TOC 02 13

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM
## TABLE OF CONTENTS

Page No.

EXCLUSION – ADDITIONAL INSURED PRIOR KNOWLEDGE _____ 1
EXCLUSION – ASBESTOS _____ 2
EXCLUSION – CROSS SUITS _____ 2
EXCLUSION – PRIOR INJURY OR DAMAGE _____ 2
EXCLUSION – LEAD _____ 3
EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS _____ 3
EXCLUSION – PUNITIVE OR EXEMPLARY DAMAGES _____ 3

Includes copyrighted material of Insurance
Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
CSGA 401 02 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that "bodily injury" or "property damage" had occurred or had begun to occur, in whole or in part, prior to the policy period in which such "bodily injury" or "property damage" occurs or begins to occur.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that "bodily injury" or "property damage" has occurred or has begun to occur at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an "occurrence," claim or "suit":

1. Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

2. Receives a written or verbal demand or claim for damages because of the "bodily injury," or "property damage";

3. First observes or reasonably should have first observed, the "bodily injury" or "property damage; or

4. Becomes aware, or reasonably should have become aware, by any means other than as described in 3. above, that "bodily injury" or "property damage" had occurred or had begun to occur.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that a "personal and advertising injury" offense had been committed or had begun to be committed, in whole or in part, prior to the policy period in which such "personal and advertising injury" was committed or began to be committed.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that a "personal and advertising injury" offense had been committed or has begun to be committed at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an offense, claim or "suit":

1. Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

2. Receives a written or verbal demand or claim for damages because of the "personal and advertising injury";

3. First observes or reasonably should have first observed, the "personal and advertising injury"; or

4. Becomes aware, or reasonably should have become aware, by any means other than as described in 3. above, that a "personal and advertising injury" offense had been committed or had begun to be committed.

CSGA 401 02 13

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 3

## EXCLUSION - ASBESTOS

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability:**

2. **Exclusions**

This insurance does not apply to:

a. "Bodily injury," "property damage" or "personal and advertising injury" arising out of, attributable to, or any way related to "asbestos" in any form or transmitted in any manner.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "asbestos," by any insured or by any other person or entity.

B. The following definition is added to the **Definitions** Section:

"Asbestos" means any type or form of asbestos, including but not limited to, asbestos, asbestos products, asbestos fibers, asbestos contained in any product or material, or a mixture or combination of asbestos and other dust or particles.

## EXCLUSION - CROSS SUITS

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Liability:**

2. **Exclusions**

This insurance does not apply to:

**Cross Suits**

a. "Bodily injury," "property damage" or "personal and advertising injury" arising out of any claim for damages by a Named Insured against another Named Insured.

## EXCLUSION - PRIOR INJURY OR DAMAGE

A. The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage:**

This insurance does not apply to any "bodily injury" or "property damage" that:

1. first occurred prior to the Effective date of this Coverage Part;

2. is alleged to be in the process of occurring as of the Effective date of this Coverage Part; or

3. is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

1. arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

2. at the same or adjacent location; or

3. from the same or similar work; or

4. from the same product or service.

B. The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury:**

This insurance does not apply to "personal and advertising injury" that:

1. was first committed prior to the Effective date of this Coverage Part;

2. is alleged to be in the process of being committed as of the Effective date of this Coverage Part;

3. is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

1. arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

2. at the same or adjacent location; or

3. from the same or similar work; or

4. from the same product or service.

## EXCLUSION - LEAD

A. The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability:**

   2. **Exclusions**

      This insurance does not apply to:

      a. "Bodily injury," "property damage" or "personal and advertising injury" arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

      b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.

## EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS

Paragraph **3.** of **Section II - Who Is An Insured** does not apply and is deleted in its entirety.

## EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

A. The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability:**

   2. **Exclusions**

   This insurance does not apply to:

   Any claim of indemnification for punitive or exemplary damages. If a suit is brought against any insured for a claim covered by this Coverage Part, seeking both compensatory and punitive or exemplary damages, we will provide a defense to such action. However, we will not have an obligation to pay for any costs, interest, or damages, attributable to punitive or exemplary damages. If state law provides for statutory multiple damage awards, we will pay only the amount of the award before the multiplier is added.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# CONTRACTORS - CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE PART
## TABLE OF CONTENTS

Page No.

EXCLUSION - BREACH OF CONTRACT _____ 1
EXCLUSION - BODILY INJURY TO CONTRACTORS' OR SUBCONTRACTORS' EMPLOYEES _____ 1
EXCLUSION - EMPLOYER'S LIABILITY _____ 2
EXCLUSION - CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS AND CONTRACTORS
  PROFESSIONAL _____ 2
EXCLUSION - SUBSIDENCE OF LAND _____ 3
EXCLUSION - OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM ____ 3
LIMITATION OF COVERAGE TO SCHEDULED CLASSIFICATIONS ONLY _____ 3

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
CSGA 402 02 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTORS - CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## EXCLUSION - BREACH OF CONTRACT

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability:**

This insurance does not apply to any claim for "bodily injury" or "property damage" arising directly or indirectly from breach of express or implied contract, including breach of an implied in law or implied in fact contract. This exclusion does not apply to liability for damages that an insured would have in the absence of the contract.-

## EXCLUSION - BODILY INJURY TO CONTRACTORS' OR SUBCONTRACTORS' EMPLOYEES

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    "Bodily injury" to:

    a. Any "employee" of any:

      (1) Contractor; or

      (2) Subcontractor; and

        (a) Arising out of and in the course of

          1) Employment; or

          2) Performing duties related to the conduct of an insured's business or the business of a contractor or subcontractor.

    b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

    This exclusion applies:

    (1) Whether an insured may be liable as an employer or in any other capacity; and

    (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following definitions are added and apply with respect to this endorsement:

"Employee" under this endorsement means any person who is hired for a wage, salary, fee or payment to perform work. "Employee" includes any leased worker or temporary worker, loaned worker, or "volunteer worker".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## EXCLUSION - EMPLOYER'S LIABILITY

A. Exclusion **e.** of Paragraph **2. Exclusions** of **Section I - Coverages, Coverage A. Bodily Injury and Property Damage Liability** is deleted and replaced by the following:

"Bodily injury" to:

1. An "employee" of the insured arising out of and in the course of:

   a. Employment by the insured; or

   b. Performing duties related to the conduct of the insured's business; or

2. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **1.** above.

   This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

## EXCLUSION - CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS AND CONTRACTORS PROFESSIONAL

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages, Coverage A. Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverages, Coverage B. Personal and Advertising Injury Liability:**

2. **Exclusions**

   This insurance does not apply to:

   "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

   a. Construction management services on a project on which you serve as construction manager. However, this exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

   b. The rendering of or failure to render any contractor professional services by you or on your behalf on a project on which you do not serve as construction manager, but only with respect to either or both of the following operations:

      (1) Providing engineering, architectural or surveying services to others; and

      (2) Providing, or hiring independent professionals to provide engineering, architectural or surveying services in connection with construction work you perform.

The following definitions are added and apply with respect to this endorsement:

1. Construction management services include:

   a. Preparing, approving or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor; and

   b. Inspection, supervision, consulting, quality control, architectural or engineering activities done by or for you.

2. Contractor professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

   b. Supervisory, consulting or inspection activities performed as part of any related architectural or engineering activities.

However, contractor professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with construction work you perform.

## EXCLUSION - SUBSIDENCE OF LAND

A. The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability:

2. Exclusions

This insurance does not apply to:

a. "Bodily injury", "property damage", or "personal and advertising injury" caused by, resulting from, attributable to or contributed to, or aggravated by the subsidence of land as a result of landslide, mudflow, earth sinking or shifting, resulting from operations or completed operations of any insured or any subcontractor of any insured.

## EXCLUSION - OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:

2. Exclusions

This insurance does not apply to:

"Bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at any location for which a consolidated (wrap-up) insurance program has been provided by the prime contractor / project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

a. Provides coverage identical to that provided by this coverage part;

b. Has limits adequate to cover all claims; or

c. Remains in effect.

d. This exclusion does not apply if the consolidated (wrap-up) insurance program covering your operations described in the Schedule has been cancelled, nonrenewed or otherwise no longer applies for reasons other than the exhaustion of all available limits, whether such limits are available on a primary, excess or on any other basis. You must advise us of such cancellation, nonrenewal or termination as soon as practicable.

## LIMITATION OF COVERAGE TO SCHEDULED CLASSIFICATIONS ONLY

This insurance applies only to "bodily injury", "property damage" or "personal and advertising injury" arising out of the operations which are classified and shown in the Commercial General Liability Coverage Part Declarations classification section.

POLICY NUMBER: CSU0048945

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

---

**SCHEDULE**

**Deposit Premium and Minimum Premium**
    The minimum premium is equal to 25  % of the deposit premium

**Cancellation Minimum Earned Premium**
    Cancellation minimum earned premium is equal to 25  % of the total policy premium.

---

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy.  Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.

CSIA 403 08 07

POLICY NUMBER: CSU0048945

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

### Schedule

Service of Process will be accepted by:

```
Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014
```

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance  or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

CSIA 404 08 07

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98                Copyright, Insurance Services Office, Inc., 1998

IL 02 08 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the insured. The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the insured and/or the insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**B.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **2.** If this policy has been in effect for less than 60 days, we may cancel this policy for any reason subject to the following:

   **a.** We may cancel this policy by mailing or delivering to the first Named Insured and any person entitled to notice under this policy written notice, of cancellation, at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for:

     **(a)** Nonpayment of premium; or

  **(b)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) as follows:

   **(i)** "The risk, danger or probability that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an insured that will increase the probability of such a destruction may be considered a 'moral hazard'"; and

   **(ii)** "The substantial risk, danger or probability that the character, circumstances or personal habits of the insured may increase the possibility of loss or liability for which an insurer will be held responsible. Any change in the character or circumstances of an individual, corporate, partnership or other insured that will increase the probability of such a loss or liability may be considered a 'moral hazard'".

IL 02 08 09 07 © ISO Properties, Inc., 2006 Page 1 of 3 ☐

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f);

(3) Material misrepresentation or nondisclosure to us of a material fact at the time of acceptance of the risk;

(4) Increased hazard or material change in the risk assumed which we could not have reasonably contemplated at the time of assumption of the risk;

(5) Substantial breaches of contractual duties, conditions or warranties that materially affect the nature and/or insurability of the risk;

(6) Lack of cooperation from the insured on loss control matters materially affecting insurability of the risk;

(7) Fraudulent acts against us by the insured or its representative that materially affect the nature of the risk insured;

(8) Loss of or reduction in available insurance capacity;

(9) Material increase in exposure arising out of changes in statutory or case law subsequent to the issuance of the insurance contract or any subsequent renewal;

(10) Loss of or substantial changes in applicable reinsurance;

(11) Failure by the insured to comply with any Federal, State or local fire, health, safety or building or construction regulation, law or ordinance with respect to an insured risk which substantially increases any hazard insured against within 60 days of written notification of a violation of any such law, regulation or ordinance;

(12) Failure by the insured to provide reasonable and necessary underwriting information to us upon written request therefore and a reasonable opportunity to respond.

(13) Agency termination, provided:

**(a)** We document that replacement coverage at comparable rates and terms has been provided to the first Named Insured, and we have informed the first Named Insured, in writing, of the right to continue coverage with us; or

**(b)** We have informed the first Named Insured, in writing, of the right to continue coverage with us and the first Named Insured has agreed, in writing, to the cancellation or nonrenewal based on the termination of the first Named Insured's appointed agent.

(14) Any other reasons in accordance with our underwriting guidelines for cancellation of commercial lines coverage.

**b.** If we cancel this policy based on Paragraph **7.a.(1)** or **(2)** above, we will mail or deliver a written notice, to the first Named Insured and any person entitled to notice under this policy, at least 10 days before the effective date of cancellation. If we cancel this policy for any other reason listed above, we will mail or deliver a written notice to the first Named Insured and any person entitled to notice under this policy, not more than 120 days nor less than 30 days before the effective date of such cancellation.

**c.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation. For cancellation due to the nonpayment of premium, the notice will state the effect of nonpayment by the due date. Cancellation for nonpayment of premium will not be effective if payment of the amount due is made before the effective date set forth in the notice.

**d.** Notice will be sent to the last mailing addresses known to us, by:

(1) Certified mail; or

(2) First class mail, if we have obtained from the post office a date stamped proof of mailing showing names and addresses.

© ISO Properties, Inc., 2006

IL 02 08 09 07    □

    **e.** We need not send notice of cancellation if you have:

       **(1)** Replaced coverage elsewhere; or

       **(2)** Specifically requested termination.

**D.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

    **1.** We may elect not to renew this policy for any reason permitted to cancel it. If we elect not to renew this policy, we will mail a notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 30 days but not more than 120 days before the expiration date of this policy. If this policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception.

    **2.** This notice will be sent to the first Named Insured at the last mailing address known to us by:

       **a.** Certified mail; or

       **b.** First class mail, if we have obtained from the post office a date stamped proof of mailing showing the first Named Insured's name and address.

    **3.** We need not mail or deliver this notice if you have:

       **a.** Replaced coverage elsewhere; or

       **b.** Specifically requested termination.

© ISO Properties, Inc., 2006

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

POLICY NUMBER:  CSU0048945                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION  –  PROPERTY ENTRUSTED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Operations:**
Security and Patrol Agencies
Warehouse – cold individual storage lockers
Warehouses – miniwarehouses

As respects the operations shown in the Schedule, this insurance does not apply to "property damage" to property of others:

1. Entrusted to you for safekeeping; or
2. On premises owned by or rented to you.

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

POLICY NUMBER: CSU0048945

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible PER CLAIM or PER OCCURRENCE | |
|---|---|---|
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ 1,000 | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

Defense costs and expenses are subject to the deductible. For the purposes of the endorsement, defense costs and claims expenses are included as damages and any payment applies only to amounts in excess of the deductible amount stated.

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

    (1) "Bodily injury";

    (2) "Property damage"; or

    (3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

Copyright, Insurance Services Office, Inc., 1994

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:

   1. Our right and duty to defend the insured against any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence", claim, or "suit"

   apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc., 1994

CG 03 00 01 96

COMMERCIAL GENERAL LIABILITY
CSGA 418 06 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTANTS DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Paragraph **15.** of the **DEFINITIONS** Section is replaced by the following:

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

    **a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

    **b.** The insured uses, generates or produces the "pollutant".

Includes copyrighted material of ISO Properties, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
CSGA 361 06 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury", "property damage" or "personal and advertising injury" caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

(1) Inhalation of;

(2) Ingestion of;

(3) Contact with;

(4) Absorption of;

(5) Exposure to;

(6) Existence of; or

(7) Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**b.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**c.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

(1) The existence of "fungi" or bacteria;

(2) The prevention of "fungi" or bacteria;

(3) The remediation of "fungi" or bacteria;

(4) Any operation described in Paragraph **A. 2. b.** above;

(5) "Your product"; or

(6) "Your work"; or

**d.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **A. 2. a., b.** or **c.** above;

regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**C.** For the purposes of this endorsement, **SECTION V - DEFINITIONS** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Includes copyrighted material of ISO
Properties, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
CSGA 439 11 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT CONDITION

This endorsement modifies insurance provided under the following:

COMMERICAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit** of Section IV - **COMMERCIAL GENERAL LIABILITY CONDITIONS:**

e.   No insured will admit to any liability, consent to any judgment, or settle any claim or "suit" without our prior written consent.

Includes copyrighted material of ISO Properties, Inc., with its permission.

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

COMMERCIAL GENERAL LIABILITY
CSLL 348 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - NO STACKING OF LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

ALL COVERAGE FORMS OR COVERAGE PARTS PROVIDING LIABILITY COVERAGE

The Conditions are amended to add the following:

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy.

This endorsement does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.

Includes copyrighted material of ISO Properties, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
CG 26 25 04 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – GUARANTY ASSOCIATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**MISSOURI PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION COVERAGE LIMITATIONS**

**A.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**B.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

**1.** Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

**2.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

**(1)** Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

**(2)** Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

© ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CSGA 320 01 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – INTELLECTUAL PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

A.  The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" caused by or arising out of the actual or alleged infringement, misappropriation or violation of intellectual property rights or laws, including but not limited to:

1.  Trademark,

2.  Trade dress,

3.  Slogan,

4.  Style of doing business,

5.  Copyright,

6.  Patent rights,

7.  Trade-secret rights,

8.  Publicity rights,

9.  Moral rights, or

10. Rights against unfair competition.

B.  Exclusion **f.** of **Section I – Coverage B – Personal And Advertising Injury Liability** is deleted and replaced by the following:

This insurance does not apply to "personal and advertising injury" caused by or arising out of a breach of contract.

C.  Exclusion **i.** of **Section I - Coverage B – Personal And Advertising Injury Liability** is deleted in its entirety.

CSGA 320 01 08

Includes copyrighted material of ISO Properties, Inc., with its permission.

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 04 35 TOC 12 07

# EMPLOYEE BENEFITS LIABILITY COVERAGE
## TABLE OF CONTENTS

Page No.

SCHEDULE _____ 1
COVERAGE - EMPLOYEE BENEFITS LIABILITY _____ 1
1.  Insuring Agreement_____ 1
2.  Exclusions _____ 2
    a.  Dishonest, Fraudulent, Criminal Or Malicious Act _____ 2
    b.  Bodily Injury, Property Damage, Or Personal And Advertising Injury ____ 2
    c.  Failure To Perform A Contract_____ 2
    d.  Insufficiency Of Funds _____ 2
    e.  Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation _____ 2
    f.  Workers' Compensation And Similar Laws _____ 2
    g.  ERISA _____ 2
    h.  Available Benefits _____ 2
    i.  Taxes, Fines Or Penalties _____ 2
    j.  Employment-Related Practices _____ 2
Section III - Limits Of Insurance is replaced by the following:
    1.  Limits Of Insurance _____ 3
    2.  Deductible_____ 3
Conditions 2. and 4. of Section IV - Commercial General Liability Conditions are replaced by the following:
    2.  Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit" ___ 3
    4.  Other Insurance _____ 4
        a.  Primary Insurance_____ 4
        b.  Excess Insurance _____ 4
        c.  Method Of Sharing _____ 4
    EXTENDED REPORTING PERIOD _____ 5
Definitions_____ 5
    1.  "Administration" _____ 5
    2.  "Cafeteria plans" _____ 5
    3.  "Claim" _____ 5
    4.  "Employee benefit program"_____ 6
    5.  "Employee" _____ 6
    18. "Suit" _____ 6

POLICY NUMBER:  CSU0048945

**COMMERCIAL GENERAL LIABILITY**
**CG 04 35 12 07**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| Employee Benefits Programs | $1,000,000 | each employee | $1,000 | $239.00 |
| | $3,000,000 | aggregate | | |
| Retroactive Date: | 07/05/2013 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** – Limits Of Insurance); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

CG 04 35 12 07

© ISO Properties, Inc., 2006

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

 © ISO Properties, Inc., 2006 CG 04 35 12 07    □

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

   1. Limits Of Insurance

      a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

         (1) Insureds;

         (2) "Claims" made or "suits" brought;

         (3) Persons or organizations making "claims" or bringing "suits";

         (4) Acts, errors or omissions; or

         (5) Benefits included in your "employee benefit program".

      b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

      c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

         (1) An act, error or omission; or

         (2) A series of related acts, errors or omissions

         negligently committed in the "administration" of your "employee benefit program".

         However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

   2. Deductible

      a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

      b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

      c. The terms of this insurance, including those with respect to:

         (1) Our right and duty to defend any "suits" seeking those damages; and

         (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

         apply irrespective of the application of the deductible amount.

      d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

E. For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV – Commercial General Liability Conditions** are replaced by the following:

   2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"

      a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

         (1) What the act, error or omission was and when it occurred; and

© ISO Properties, Inc., 2006

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

© ISO Properties, Inc., 2006
CG 04 35 12 07    □

F. For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

   a. This endorsement is canceled or not renewed; or

   b. We renew or replace this endorsement with insurance that:

      (1) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

      (2) Does not apply to an act, error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The "employee benefit programs" insured;

   b. Previous types and amounts of insurance;

   c. Limits of insurance available under this endorsement for future payment of damages; and

   d. Other related factors.

   The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

   The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

   Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

G. For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

1. "Administration" means:

   a. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2006

CG 04 35 12 07    □

COMMERCIAL GENERAL LIABILITY
CSGA 322 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – MANGANESE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" caused by or arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of manganese in any form or any product containing manganese.

2. Any loss, cost or expense caused by or arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of manganese in any form, by any insured or by any other person or entity.

Includes copyrighted material of ISO Properties, Inc., with its permission.

# COMMERCIAL GENERAL LIABILITY HIRED AND NON-OWNED AUTO PREMISES SCHEDULE

**POLICY NUMBER: CSU0048945**                    **POLICY EFFECTIVE DATE: 07/5/2013**


**NAMED INSURED:   Cellar Advisors, LLC; Domaine Management, LLC**

This insurance applies only to the covered "hired auto" or "non-owned auto" while operating from or on behalf of the following schedule of Named Insured's location(s) stated below.

| LOC. | ADDRESS |
|---|---|
| 1 | 7610 Dale Ave. |
|   | St. Louis, MO 63117 |
| 3 | 4512 Manchester Ave. |
|   | St. Louis, MO 63110 |
| 4 | 4221 Connecticut Ave NW |
|   | Washington, DC 20008 |

COMMERCIAL GENERAL LIABILITY
CG 26 50 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES - MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **1.a.** of **Coverage C - Medical Payments** is replaced by the following:

1. **Insuring Agreement**

    a.  We will pay medical expenses as described below for "bodily injury" caused by an accident:

        (1)  On premises you own or rent;

        (2)  On ways next to premises you own or rent; or

        (3)  Because of your operations;

        provided that:

    (a)  The accident takes place in the "coverage territory" and during the policy period;

    (b)  The expenses are incurred and reported to us within one year of the date of the accident. However, expenses reported to us after one year of the date of the accident will not be denied solely because of the late submission unless such late submission operates to prejudice our rights; and

    (c)  The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

COMMERCIAL GENERAL LIABILITY
CSGA 4091 04 13

# 2012 GENERAL LIABILITY
# MULTISTATE FORMS REVISION NOTICE TO POLICYHOLDERS

This is a summary of the major changes in your policy. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

The major areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This notice does not reference every editorial change made in your policy. We have followed the policy sequence of provisions in setting out this material.

## COMMERCIAL GENERAL LIABILITY COVERAGE FORMS
## CG 00 01 04 13 AND CG 00 02 04 13

**I.  EXCLUSIONS**

**A.  BROADENING OF COVERAGE**

1.  Coverage **A** - Exclusion **2.c.** (Liquor Liability) is revised to provide an exception with respect to allowing a person to bring alcoholic beverages onto the named insured's premises for consumption on the named insured's premises.

2.  Coverage **A** - Exclusion **2.p.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

**B.  OTHER CHANGES**

1.  Coverage **A** - Exclusion **2.c.** (Liquor Liability) is revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol.

2.  Coverage **A** - Exclusion **2.g.** (Aircraft, Auto Or Watercraft) is revised to delete reference to "in the state".

3.  Coverage **A** - Exclusion **2.q.** and Coverage **B** - Exclusion **2.p.** (Recording And Distribution Of Material Or Information In Violation Of Law) were previously added to your policy via mandatory endorsement. The endorsement contained an exclusion addressing injury or damage arising out of any action or omission that violates or is alleged to violate certain statutes, ordinances and regulations. This exclusion has been incorporated directly into your policy.

4.  Coverage **B** - Exclusions **2.b.** and **2.c.** (Material Published With Knowledge Of Falsity and Material Published Prior To Policy Period) are revised to reference "in any manner", with respect to oral or written publication, for consistency with the definition of personal and advertising injury.

**II.  Conditions**

**OTHER CHANGES**

Condition **4.** (Other Insurance) is generally revised so that the insurance provided is excess over any for which the named insured has been added as an additional insured, whether by endorsement or any other means.

**III.  Definitions**

**OTHER CHANGES**

1.  Definition **2.** (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

2. Definition **12.** (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

## OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM - COVERAGE FOR OPERATIONS OF DESIGNATED CONTRACTOR
### CG 00 09 04 13

I. **EXCLUSIONS**

**BROADENING OF COVERAGE**

Exclusion **2.l.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

II. **DEFINITIONS**

**OTHER CHANGES**

1. Definition **1.** (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

2. Definition **10.** (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

## LIQUOR LIABILITY COVERAGE FORMS
### CG 00 33 04 13 AND CG 00 34 04 13

**WHO IS AN INSURED**

**BROADENING OF COVERAGE**

We have included trusts as Named Insureds. In addition, trustees have been included as insureds but only with respect to their duties as trustees.

### CG 00 35 04 13 - RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

**EXCLUSIONS**

**BROADENING OF COVERAGE**

Exclusion **2.f.(3)(a)** (Pollution) is amended to expand the exception to the exclusion with respect to bodily injury or property damage arising out of fuel or lubricants for equipment used at the job location not just when they escape from such equipment.

## PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
### CG 00 37 04 13 AND CG 00 38 04 13

I. **EXCLUSIONS**

**BROADENING OF COVERAGE**

1. Exclusion **2.c.** (Liquor Liability) is revised to provide an exception with respect to allowing a person to bring alcoholic beverages onto the named insured's premises for consumption on the named insured's premises.

2. Exclusion **2.l.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

II. **Definitions**

**OTHER CHANGES**

1. Exclusion **2.c.** (Liquor Liability) is revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol.

2. Definition **1.** (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

3. Definition **10.** (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

## CG 00 39 04 13 - POLLUTION LIABILITY COVERAGE FORM DESIGNATED SITES
## CG 00 40 04 13 - POLLUTION LIABILITY LIMITED COVERAGE FORM DESIGNATED SITES

### I. EXCLUSIONS

#### A. BROADENING OF COVERAGE

Exclusion **2.p.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

#### B. OTHER CHANGES

Exclusion (Aircraft, Auto, Rolling Stock Or Watercraft) is generally revised to reinforce that the exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured.

The exclusion is also revised to express that a land motor vehicle subject to compulsory or financial responsibility laws or other motor vehicle insurance laws will not be covered with respect to its over-the-road exposures.

### II. DEFINITIONS

#### OTHER CHANGES

1. Exclusion **2.j.** (Aircraft, Auto, Rolling Stock Or Watercraft) is revised to delete reference to "in the state". (CG 00 40 only)

2. Definition **1.** (Auto) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

3. Definition (Mobile Equipment) is revised to delete reference to "in the state" with respect to where a vehicle is licensed or principally garaged.

## CG 00 42 04 13 - UNDERGROUND STORAGE TANK POLICY DESIGNATED TANKS

### EXCLUSIONS

#### BROADENING OF COVERAGE

Exclusion **2.i.** (Electronic Data) is revised to introduce an exception for liability for damages because of bodily injury.

## MULTISTATE ENDORSEMENTS

### A. BROADENING OF COVERAGE

1. Electronic Data Liability Endorsement **CG 04 37** is revised to introduce an exception to the electronic data exclusion in order to provide that the exclusion does not apply to liability for damages because of bodily injury.

2. Additional Insured - Owners, Lessees Or Contractors - Automatic Status For Other Parties When Required In Written Construction Agreement Endorsement **CG 20 38** is introduced to provide additional insured status to those parties whom the named insured is obligated in writing in a contract or agreement to name as an additional insured.

3. Druggists Endorsement **CG 22 69** is revised to introduce an exception for the administering of vaccinations.

4. Liquor Liability - Bring Your Own Alcohol Establishments Endorsement **CG 24 06** is introduced to provide coverage to insureds who permit any person to bring any alcoholic beverage on an insured's premises, for consumption on the insured's premises.

## B. REDUCTIONS OF COVERAGE

1. Additional Insured - Users Of Golfmobiles Endorsement **CG 20 08** is revised to include a definition of the term golfmobile.

2. **Liquor Liability Exclusion Endorsements**

   The following endorsements are revised to indicate that the liquor liability exclusion will apply if a named insured permits any person to bring any alcoholic beverages on the named insured's premises, for consumption on the named insured's premises:

   - **CG 21 50** - Amendment Of Liquor Liability Exclusion (for use with Commercial General Liability Coverage Part)

   - **CG 21 51** - Amendment Of Liquor Liability Exclusion - Exception For Scheduled Premises Or Activities (for use with Commercial General Liability Coverage Part)

   - **CG 29 52** - Amendment Of Liquor Liability Exclusion (for use with Products/Completed Operations Liability Coverage Part)

   - **CG 29 53** - Amendment Of Liquor Liability Exclusion - Exception For Scheduled Premises Or Activities (for use with Products/Completed Operations Liability Coverage Part)

3. Total Pollution Exclusion For Designated Products Or Work Endorsement **CG 21 99** is introduced to exclude coverage with respect to bodily injury or property damage arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants which arises out of the product or work scheduled in the endorsement.

4. Amendment Of Personal And Advertising Injury Definition Endorsement **CG 24 13** is introduced to remove from the definition of personal and advertising injury the offense of oral and written publication, in any manner, of material that violates a person's right of privacy.

## C. OTHER CHANGES

1. Limited Product Withdrawal Expense Endorsement **CG 04 36** is revised, in part, to reinforce that the Participation Percentage is indicated in the Schedule and to reflect that the cost of the insured's participation in each product withdrawal will be borne by the named insured when due.

2. Primary And Noncontributory - Other Insurance Condition Endorsement **CG 20 01** is introduced to revise the Other Insurance Condition to indicated that coverage is provided to an additional insured on a primary and noncontributory basis, provided that certain requirements are met.

3. **Additional Insured Endorsements**

   The following additional insured endorsements are revised to indicate that when these endorsements are attached to a policy, if coverage provided to the additional insured is required by contract or agreement, coverage to the additional insured will be afforded to the extent permissible by law and to the extent the named insured is required by the contract or agreement to provide insurance for the additional insured.

   Additionally, if coverage provided to the additional insured is required by contract or agreement, the limits of insurance of the named insured's policy that are available to an additional insured will be limited to the extent required by the contract or agreement or the amount of insurance available under the applicable Limits of Insurance shown in the Declarations, whichever is less:

   - **CG 20 03** - Additional Insured - Concessionaires Trading Under Your Name

   - **CG 20 05** - Additional Insured - Controlling Interest

   - **CG 20 07** - Additional Insured - Engineers, Architects Or Surveyors

   - **CG 20 10** - Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization

   - **CG 20 11** - Additional Insured - Managers Or Lessors Of Premises

- **CG 20 12** - Additional Insured - State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations
- **CG 20 13** - Additional Insured - State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations Relating To Premises
- **CG 20 15** - Additional Insured - Vendors
- **CG 20 18** - Additional Insured - Mortgagee, Assignee Or Receiver
- **CG 20 23** - Additional Insured - Executors, Administrators, Trustees Or Beneficiaries
- **CG 20 24** - Additional Insured - Owners Or Other Interest From Whom Land Has Been Leased
- **CG 20 26** - Additional Insured - Designated Person Or Organization
- **CG 20 27** - Additional Insured - Co-owner Of Insured Premises
- **CG 20 28** - Additional Insured - Lessor Of Leased Equipment
- **CG 20 29** - Additional Insured - Grantor Of Franchise
- **CG 20 30** - Oil Or Gas Operations - Nonoperating, Working Interests
- **CG 20 31** - Additional Insured - Engineers, Architects Or Surveyors
- **CG 20 32 -** Additional Insured - Engineers, Architects Or Surveyors Not Engaged By The Named Insured
- **CG 20 33** - Additional Insured - Owners, Lessees Or Contractors - Automatic Status When Required In Construction Agreement With You
- **CG 20 34** - Additional Insured - Lessor Of Leased Equipment - Automatic Status When Required In Lease Agreement With You
- **CG 20 35** - Additional Insured - Grantor Of Licenses - Automatic Status When Required By Licensor
- **CG 20 36** - Additional Insured - Grantor Of Licenses
- **CG 20 37** - Additional Insured - Owners, Lessees Or Contractors - Completed Operations
- **CG 29 35** - Additional Insured - State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations

4. **Professional Services Endorsements**

   The following endorsements are revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured:

   - **CG 21 16** - Exclusion - Designated Professional Services
   - **CG 21 52** - Exclusion - Financial Services
   - **CG 21 56** - Exclusion - Funeral Services
   - **CG 21 57** - Exclusion - Counseling Services
   - **CG 21 58** - Exclusion - Professional Veterinarian Services
   - **CG 21 59** - Exclusion - Diagnostic Testing Laboratories
   - **CG 22 24** - Exclusion - Inspection, Appraisal And Survey Companies
   - **CG 22 32** - Exclusion - Professional Services - Blood Banks
   - **CG 22 33** - Exclusion - Testing Or Consulting Errors And Omissions
   - **CG 22 34** - Exclusion - Construction Management Errors And Omissions
   - **CG 22 36** - Exclusion - Products And Professional Services (Druggists)

- **CG 22 37** - Exclusion - Products And Professional Services (Optical And Hearing Aid Establishments)
- **CG 22 39** - Exclusion - Camps Or Campgrounds
- **CG 22 43** - Exclusion - Engineers, Architects Or Surveyors Professional Liability
- **CG 22 44** - Exclusion - Services Furnished By Health Care Providers
- **CG 22 45** - Exclusion - Specified Therapeutic Or Cosmetic Services
- **CG 22 48** - Exclusion - Insurance And Related Operations
- **CG 22 69** - Druggists
- **CG 22 71** - Colleges Or Schools (Limited Form)
- **CG 22 72** - Colleges Or Schools
- **CG 22 75** - Professional Liability Exclusion - Computer Software
- **CG 22 76** - Professional Liability Exclusion - Health Or Exercise Clubs Or Commercially Operated Health Or Exercise Facilities
- **CG 22 77** - Professional Liability Exclusion - Computer Data Processing
- **CG 22 79** - Exclusion - Contractors - Professional Liability
- **CG 22 80** - Limited Exclusion - Contractors - Professional Liability
- **CG 22 87** - Exclusion - Adult Day Care Centers
- **CG 22 88** - Professional Liability Exclusion - Electronic Data Processing Services And Computer Consulting Or Programming Services
- **CG 22 90** - Professional Liability Exclusion - Spas or Personal Enhancement Facilities
- **CG 22 91** - Exclusion - Telecommunication Equipment Or Service Providers Errors And Omissions
- **CG 22 96** - Limited Exclusion - Personal And Advertising Injury - Lawyers
- **CG 22 98** - Exclusion - Internet Service Providers And Internet Access Providers Errors And Omissions
- **CG 22 99** - Professional Liability Exclusion - Web Site Designers
- **CG 23 01** - Exclusion - Real Estate Agents Or Brokers Errors Or Omissions

5. Exclusion - Volunteer Workers Endorsement **CG 21 66** is revised to delete reference to "in the state" from Exclusion **2.g.** (Aircraft, Auto Or Watercraft).

6. Exclusion - Failure To Supply Endorsement **CG 22 50** is revised to expressly state that the exclusion also applies to the failure of any insured to adequately supply biofuel.

7. Real Estate Property Managed Endorsement **CG 22 70** is revised to reinforce that the insurance provided is excess over any other insurance available, whether such insurance is primary or excess.

8. Colleges Or Schools Endorsements **CG 22 71** and **CG 22 72** are revised to expressly address, in part, claims alleging negligence or other wrongdoing in the hiring, employment, training, supervision or monitoring of others by any insured.

9. Waiver Of Governmental Immunity Endorsement **CG 24 14** is revised to reference that the endorsement also applies to the Owners And Contractors Protective Liability Coverage Part and the Railroad Protective Liability Coverage Part.

10. Amendment Of Insured Contract Definition Endorsement **CG 24 26** and Limited Contractual Liability - Railroads Endorsement **CG 24 27** are revised to reflect that the defined term insured contract addresses certain liability assumed by the named insured with respect to the tort liability of another party to the extent the assumption of the tort liability is permitted by law.

11. Designated Locations(s) Aggregate Limit Endorsement **CG 25 14** is introduced to make a separate Designated Location Aggregate Limit available for each location of the insured listed in the Schedule of the endorsement.

12. Supplemental Extended Reporting Period Endorsement **CG 27 10** and Supplemental Extended Reporting Period Endorsement For Specific Accidents, Products, Work Or Locations Endorsement **CG 27 11** are revised to amend Condition **4.** (Other Insurance) so that the insurance provided is excess over any for which the named insured has been added as an additional insured, whether by endorsement or any other means.

13. **Liquor Liability Exclusion Endorsements**

    The following endorsements are revised to reinforce that the exclusion applies even if claims against an insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol:

    - **CG 21 50 -** Amendment Of Liquor Liability Exclusion (for use with Commercial General Liability Coverage Part)

    - **CG 21 51 -** Amendment Of Liquor Liability Exclusion - Exception For Scheduled Premises Or Activities (for use with Commercial General Liability Coverage Part)

    - **CG 29 52 -** Amendment Of Liquor Liability Exclusion (for use with Products/Completed Operations Liability Coverage Part)

    - **CG 29 53 -** Amendment Of Liquor Liability Exclusion - Exception For Scheduled Premises Or Activities (for use with Products/Completed Operations Liability Coverage Part)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 21 50 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

   © Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CSGA 416 04 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INDEPENDENT CONTRACTORS LIMITATIONS OF COVERAGE**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** **Section IV - Commercial General Liability Conditions** is amended to include the following language:

As a condition to and for coverage to be provided by this policy, you must do all of the following:

1. Obtain a formal written contract with all independent contractors and subcontractors in force at the time of the injury or damage verifying valid Commercial General Liability Insurance written on an "occurrence" basis with Limits of Liability of at least:

   **a.** $1,000,000 each "occurrence";

   **b.** $2,000,000 general aggregate, per project basis; and

   **c.** $2,000,000 Products-Completed Operations aggregate.

2. Obtain a formal written contract stating the independent contractors and subcontractors have agreed to defend, indemnify and hold you harmless from any and all liability, loss, actions, costs, including attorney fees for any claim or lawsuit presented, arising from the negligent or intentional acts, errors or omissions of any independent contractor and subcontractor.

3. Verify in the contract that your independent contractors and subcontractors have named you as an additional insured on their Commercial General Liability Policy for damages because of "bodily injury", "property damage", and "personal and advertising injury" arising out of or caused by any operations and completed operations of any independent contractor or subcontractor. Coverage provided to you by any independent contractor or subcontractor must be primary and must be provided by endorsement CG 20 10 (7/04 edition) and CG 20 37 (7/04 edition), or their equivalent. Completed operations coverage must be maintained for a minimum of two years after the completion of the formal written contract.

**This insurance will not apply to any loss, claim or "suit" for any liability or any damages arising out of operations or completed operations performed for you by any independent contractors or subcontractors unless all of the above conditions have been met.**

CSGA 416 04 08

Includes copyrighted material of ISO Properties, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
CSGA 437 11 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU OPERATIONS AND COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. **Section II - Who is an Insured** is amended to include as an additional insured any person or organization when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy, but only with respect to "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions in the performance of your ongoing operations for the additional insured ;

2. The acts or omissions of those acting on your behalf in the performance of your ongoing operations for the additional insured; or

3. "Your work" performed for the additional insured and included in the "products-completed operations hazard".

If not specified otherwise in the written contract or agreement, a person's or organization's status as an additional insured under this endorsement ends one year after your operations for that additional insured are completed. The written contract or agreement must be currently in effect or become effective during the term of this Coverage Part.  The contract or agreement must be executed prior to the "bodily injury", "property damage" or "personal and advertising injury" to which this endorsement pertains.

B. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   a. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   b. Supervisory, inspection, architectural or engineering activities.

2. "Bodily Injury" or "property damage" arising out of "your work" for which a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

3. "Bodily injury", "property damage" or "personal and advertising injury" to any employee of you or to any obligation of the additional insured to indemnity another because of damages arising out of such injury.

4. "Bodily injury", "property damage" or "personal and advertising injury" for which the Named Insured is afforded no coverage under this policy of insurance.

C. With respect to the insurance afforded to these additional insureds, **SECTION III - LIMITS OF INSURANCE** is amended to include:

The limits applicable to the additional insured are those specified in the written contract or agreement or in the Declarations of this Coverage Part, whichever is less. If no limits are

Includes copyrighted material of ISO Properties, Inc., with its permission.

specified in the written contract or agreement, the limits applicable to the additional insured are those specified in the Declarations of this Coverage Part. The limits of insurance are inclusive of and not in addition to the limits of insurance shown in the Declarations.

**D.** With respect to the insurance afforded to these additional insureds, **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance** is amended to include:

Any coverage provided herein will be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless you have agreed in a written contract or written agreement executed prior to any loss that this insurance will be primary. This insurance will be noncontributory only if you have so agreed in a written contract or written agreement executed prior to any loss and this coverage is determined to be primary.

Includes copyrighted material of ISO Properties, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
P.O. Box 145496, CINCINNATI, OH 45250-5496

# POLICY CHANGE ENDORSEMENT

| Attached to and forming part of POLICY NUMBER: CSU0048945 | Policy Change Endorsement Number: 3 |
|---|---|

**NAMED INSURED AND MAILING ADDRESS:**

Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC
Refer to Named Insured Schedule CSIA 409
3300 SAMUEL SHEPARD DR
SAINT LOUIS MO 63103

| **PRODUCER - Your contact for matters pertaining to this policy:** | |
|---|---|
| The Cornerstone Insurance Group, LLC | 24-045 |
| 721 Emerson Rd Ste 500 | |
| Saint Louis MO 63141-6757 | |

Broker: 0410986
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

| **Effective Date of Policy Change:** 05/01/2015 | Signature of authorized representative or countersignature, where applicable:  IL11111111111 |
|---|---|

| | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|
| Policy Change Premium | $134.00 | $.00 |
| Terrorism Risk Insurance Extension Act | $2.00 | $.00 |
| Surplus lines taxes | $6.80 | $.00 |
| Stamping fee | $.00 | $.00 |
| Other taxes or fees | $.00 | $.00 |
| **TOTAL DUE:** | $142.80 | $.00 |

| NET TOTAL | $142.80 | $.00 |
|---|---|---|

| TYPE OF CHANGE | COVERAGE | DESCRIPTION |
|---|---|---|
| Add | Other | Location- 1000 N. Branch St., Chicago, IL 60642 |
| Add | Classification | 68606, Vacant Buildings |

The policy is changed as described in this endorsement. All other terms and conditions are unchanged.

CSIA 411 01 11                                                                                    Page 1 of  1

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0048945    **POLICY EFFECTIVE DATE:** 07/05/2014    ☒ **if Supplemental Declarations Is Attached**

**NAMED INSURED:** Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC. | ADDRESS |
|------|---------|
| 1 | 7610 DALE AVE<br>SAINT LOUIS MO 63117 |
| 2 | 1348 W CONCORD PL<br>CHICAGO IL 60642 |
| 3 | 4512 MANCHESTER AVE<br>SAINT LOUIS MO 63110 |
| 4 | 88 CARTER DR<br>EDISON NJ 08817 |
| 5 | 4221 CONNECTICUT AVE NW<br>WASHINGTON DC 20008 |
| 6 | 3300 SAMUEL SHEPARD DR<br>SAINT LOUIS MO 63103 |
| 7 | 1000 N NORTH BRANCH ST<br>CHICAGO IL 60642 |

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945     POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED: Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

Page 1 of 2

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE A-Area B-Payroll S-Gross Sales U-Units | RATE Premises Operations and All Other | RATE Products/ Completed Operations | DEPOSIT PREMIUM Premises Operations and All Other | DEPOSIT PREMIUM Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| 1 | Warehouse - cold individual storage lockers | 49763 | S, 300000 | 2.683 | .000 | $805 | |
| 1 | Freight Forwarders or Handlers - Not Otherwise Classified | 94617 | B, 250000 | 12.218 | .000 | $3,055 | |
| 2 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .895 | .000 | $ | |
| 2 | Warehouse - cold individual storage lockers | 49763 | S, 400000 | 6.985 | .000 | $2,794 | |
| 3 | Consultants - Not Otherwise Classified | 41677 | B, 147000 | .717 | .000 | $105 | |
| 4 | Warehouse - cold individual storage lockers | 49763 | S, 1460000 | 9.097 | .000 | $13,282 | |
| 4 | Consultants - Not Otherwise Classified | 41677 | B, If Any | 1.632 | .000 | $ | |
| 5 | Warehouse - cold individual storage lockers | 49763 | S, 400000 | 2.397 | .000 | $959 | |
| 5 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .717 | .000 | $ | |
| 6 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .717 | .000 | $ | |
| 7 | Vacant Buildings - not factories (For-Profit) | 68606 | A, 24829 | 30.206 | .000 | $750 | |

CSGA 408 04 08

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945          POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE A - Area B - Payroll S - Gross Sales U -Units | RATE Premises Operations and All Other | RATE Products/ Completed Operations | DEPOSIT PREMIUM Premises Operations and All Other | DEPOSIT PREMIUM Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| | Employee Benefits | | | | | $239 | |
| | CSIA4050809-A-Commercial General Liability Hired and Non-Owned Auto | | | | | $500 | |
| | CSGA4371108-Additional Insured-Owners, Lessees or Contractors-Automatic Status When Required in Construction Agreement with You-Operations and Completed Operations | | | | | $500 | Flat |

CSGA 408 04 08

Page 2 of 2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
P.O. Box 145496, CINCINNATI, OH 45250-5496

# POLICY CHANGE ENDORSEMENT

| | |
|---|---|
| Attached to and forming part of POLICY NUMBER: CSU0048945 | Policy Change Endorsement Number: 2 |

**NAMED INSURED AND MAILING ADDRESS:**

Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC
Refer to Named Insured Schedule CSIA 409
3300 SAMUEL SHEPARD DR
SAINT LOUIS MO 63103

---

**PRODUCER - Your contact for matters pertaining to this policy:**
The Cornerstone Insurance Group, LLC                              24-045
721 Emerson Rd Ste 500
Saint Louis MO 63141-6757

---

Broker: 0410986
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

---

| Effective Date of Policy Change: 05/01/2015 | Signature of authorized representative or countersignature, where applicable: IL11111111111 |
|---|---|

| | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|
| Policy Change Premium | $.00 | $.00 |
| Terrorism Risk Insurance Extension Act | $.00 | $.00 |
| Surplus lines taxes | $.00 | $.00 |
| Stamping fee | $.00 | $.00 |
| Other taxes or fees | $.00 | $.00 |
| **TOTAL DUE:** | | |

| NET TOTAL | $.00 | $.00 |
|---|---|---|

| TYPE OF CHANGE | COVERAGE | DESCRIPTION |
|---|---|---|
| Add | Other | Location- 3300 Samuel Shepard Dr., St. Louis, MO 63103 |
| Add | Classification | 41677, Consultants- Not Otherwise Classified |
| Amend | The Mailing Address To: | 3300 SAMUEL SHEPARD DR, , SAINT LOUIS, MO, 63103 |

The policy is changed as described in this endorsement. All other terms and conditions are unchanged.

CSIA 411 01 11                                                      Page 1 of  1

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0048945          **POLICY EFFECTIVE DATE:** 07/05/2014          ☒ **if Supplemental Declarations Is Attached**

**NAMED INSURED:** Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC. | ADDRESS |
|------|---------|
| 1 | 7610 DALE AVE<br>SAINT LOUIS MO 63117 |
| 2 | 1348 W CONCORD PL<br>CHICAGO IL 60642 |
| 3 | 4512 MANCHESTER AVE<br>SAINT LOUIS MO 63110 |
| 4 | 88 CARTER DR<br>EDISON NJ 08817 |
| 5 | 4221 CONNECTICUT AVE NW<br>WASHINGTON DC 20008 |
| 6 | 3300 SAMUEL SHEPARD DR<br>SAINT LOUIS MO 63103 |

CSGA 403 10 07                                                                 Page 1 of 1

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945          POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE<br>A - Area<br>B - Payroll<br>S - Gross Sales<br>U -Units | RATE<br>Premises Operations and All Other | RATE<br>Products/ Completed Operations | DEPOSIT PREMIUM<br>Premises Operations and All Other | DEPOSIT PREMIUM<br>Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| 1 | Warehouse - cold individual storage lockers | 49763 | S, 300000 | 2.683 | .000 | $805 | |
| 1 | Freight Forwarders or Handlers - Not Otherwise Classified | 94617 | B, 250000 | 12.218 | .000 | $3,055 | |
| 2 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .895 | .000 | $ | |
| 2 | Warehouse - cold individual storage lockers | 49763 | S, 400000 | 6.985 | .000 | $2,794 | |
| 3 | Consultants - Not Otherwise Classified | 41677 | B, 147000 | .717 | .000 | $105 | |
| 4 | Warehouse - cold individual storage lockers | 49763 | S, 1460000 | 9.097 | .000 | $13,282 | |
| 4 | Consultants - Not Otherwise Classified | 41677 | B, If Any | 1.632 | .000 | $ | |
| 5 | Warehouse - cold individual storage lockers | 49763 | S, 400000 | 2.397 | .000 | $959 | |
| 5 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .717 | .000 | $ | |
| 6 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .717 | .000 | $ | |
| | Employee Benefits | | | | | $239 | |

CSGA 408 04 08

Page 1 of 2

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945          POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE A - Area B - Payroll S - Gross Sales U -Units | RATE Premises Operations and All Other | RATE Products/ Completed Operations | DEPOSIT PREMIUM Premises Operations and All Other | DEPOSIT PREMIUM Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| | CSIA050809-A-Commercial General Liability Hired and Non-Owned Auto | | | | | $500 | |
| | CSGA4371108-Additional Insured-Owners, Lessees or Contractors-Automatic Status When Required in Construction Agreement with You-Operations and Completed Operations | | | | | $500 | Flat |

CSGA 408 04 08



# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters:** 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address:** P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0048945     **PREVIOUS POLICY NUMBER:** CSU0048945

**NAMED INSURED AND MAILING ADDRESS:**
Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

Refer to Named Insured Schedule CSIA409
3300 SAMUEL SHEPARD DR
SAINT LOUIS MO 63103

| **PRODUCER - Your contact for matters pertaining to this policy:** 24-045 | **Broker:** 0410986 |
|---|---|
| The Cornerstone Insurance Group, LLC<br>721 Emerson Rd Ste 500<br>Saint Louis MO 63141-6757 | CSU Producer Resources, Inc.<br>6200 South Gilmore Road<br>Fairfield, OH 45014-5141<br>Scott Hintze |

**Policy Period: From** 07/05/2014   **To** 07/05/2015   AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual  ☐ Partnership  ☐ Corporation  ☐ Joint Venture  ☒ Limited Liability Company  ☐ Other

**Business Description:** Wine Cellar Services - Inventory Management/Consulting/Storage/Deliver

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | | |
|---|---|---|
| **COVERAGE PARTS** | | **PREMIUM** |
| DEPOSIT PREMIUM | | |
| Commercial General Liability | $ | 22,239.00 |
| Terrorism Risk Insurance Extension Act | $ | 334.00 |
| **TOTAL POLICY PREMIUM** | $ | 22,573.00 |
| CANCELLATION MINIMUM EARNED PREMIUM IS 25.0% OF TOTAL POLICY PREMIUM. | | |
| Surplus Lines Taxes | $ | 1,058.18 |
| Stamping Fee | $ | 2.79 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 23,633.97 |

Premium is subject to annual audit: ☐ Yes  ☒ No

**NOTICE TO POLICYHOLDER:**
This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws. It is NOT covered by the Missouri Insurance Guaranty Association. This insurer is not licensed by the state of Missouri and is not subject to its supervision.

Includes copyrighted material of ISO Properties, Inc., with its permission

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule  CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by:    IL11111111111

(Authorized representative or countersignature, where applicable)          Date

**POLICY NUMBER** CSU0048945

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

———— SCHEDULE ————

Named Insured:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC


Domaine DC, LLC
Domaine Transit, LLC

**CSIA 409 01 08**                                                                    **Page 1 of 1**

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0048945          **POLICY EFFECTIVE DATE:** 07/05/2014

**NAMED INSURED:** Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domaine New York, LLC

## FORMS APPLICABLE

Forms Applicable - Common Forms

| | |
|---|---|
| CSIA501 (06/11) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA417 (01/09) | Cap on Losses from Certified Acts of Terrorism |
| CSIA411 (01/11) | Policy Change Endorsement |

Forms Applicable - Commercial General Liability

| | |
|---|---|
| CSGA501 (04/08) | Commercial General Liability Coverage Part Declarations |
| CSGA403 (10/07) | Liability Premises Schedule |
| CSGA408 (04/08) | Commercial General Liability Classification and Premium Schedule |
| CG0001TOC (04/13) | Commercial General Liability Coverage Form Table of Contents |
| CG0001 (04/13) | Commercial General Liability Coverage Form |
| CSGA401TOC (02/13) | Changes to Commercial General Liability Coverage Form Table of Contents |
| CSGA401 (02/13) | Changes to Commercial General Liability Coverage Form |
| CSGA402TOC (02/13) | Contractors-Changes to Commercial General Liability Coverage Part Table of Contents |
| CSGA402 (02/13) | Contractors-Changes to Commercial General Liability Coverage Part |
| CSIA403 (08/07) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| IL0017 (11/98) | Common Policy Conditions |
| IL0208 (09/07) | NJ Changes - Cancellation and Nonrenewal |
| IL0003 (09/08) | Calculation of Premium |
| CG2229 (11/85) | Exclusion - Property Entrusted |
| CG2196 (03/05) | Silica Or Silica-Related Dust Exclusion |

CSIA 406 08 07

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0048945          **POLICY EFFECTIVE DATE:** 07/05/2014

**NAMED INSURED:** Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

## FORMS APPLICABLE

Forms Applicable - Commercial General Liability
CG2149 (09/99)      Total Pollution Exclusion Endorsement
CG2147 (12/07)      Employment-Related Practices Exclusion
CG0300 (01/96)      Deductible Liability Insurance
CSGA418 (06/08)     Amendment of Pollutants Definition
CSGA361 (06/08)     Exclusion - Fungi or Bacteria
CSGA439 (11/08)     Amendment of Duties in the Event of Occurrence Offense Claim or Suit Condition
IL0021 (09/08)      Nuclear Energy Liability Exclusion Endorsement
CSLI348 (01/08)     Limitation - No Stacking of Limits of Insurance
CG2625 (04/05)      Missouri Changes - Guaranty Association
CSGA320 (01/08)     Exclusion - Intellectual Property
CG0435 (12/07)      Employee Benefits Liability Coverage
CSGA322 (01/08)     Exclusion - Manganese
CSIA405 (08/09)-A   Commercial General Liability Hired and Non-Owned Auto
CG2650 (04/13)      Missouri Changes - Medical Payments
CG2426 (04/13)      Amendment of Insured Contract Definition
CG2150 (04/13)      Amendment of Liquor Liability Exclusion
CSGA416 (04/08)     Independent Contractors Limitations of Coverage
CSGA437 (11/08)     Additional Insured-Owners Lessees or Contractors-Automatic Status When Required in Construction Agr

CSIA 406 08 07                                                                      Page 2 of 2

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**
P.O. Box 145496, CINCINNATI, OH 45250-5496

# POLICY CHANGE ENDORSEMENT

Attached to and forming part of POLICY NUMBER: CSU0048945      Policy Change Endorsement Number: 2

**NAMED INSURED AND MAILING ADDRESS:**

Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC
Refer to Named Insured Schedule CSIA 409
3300 SAMUEL SHEPARD DR
SAINT LOUIS MO 63103

**PRODUCER - Your contact for matters pertaining to this policy:**
The Cornerstone Insurance Group, LLC                                    24-045
721 Emerson Rd Ste 500
Saint Louis MO 63141-6757

Broker: 0410986
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

| **Effective Date of Policy Change:** 05/01/2015 | Signature of authorized representative or countersignature, where applicable: IL11111111111 |
|---|---|

| | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|
| Policy Change Premium | $.00 | $.00 |
| Terrorism Risk Insurance Extension Act | $.00 | $.00 |
| Surplus lines taxes | $.00 | $.00 |
| Stamping fee | $.00 | $.00 |
| Other taxes or fees | $.00 | $.00 |
| **TOTAL DUE:** | $.00 | $.00 |

| NET TOTAL | $.00 | $.00 |
|---|---|---|

| TYPE OF CHANGE | COVERAGE | DESCRIPTION |
|---|---|---|
| Add | Other | Location- 3300 Samuel Shepard Dr., St. Louis, MO 63103 |
| Add | Classification | 41677, Consultants- Not Otherwise Classified |
| Amend | The Mailing Address To: | 3300 SAMUEL SHEPARD DR, , SAINT LOUIS, MO, 63103 |

**The policy is changed as described in this endorsement. All other terms and conditions are unchanged.**

CSIA 411 01 11                                                                Page 1 of  1

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0048945          **POLICY EFFECTIVE DATE:** 07/05/2014          ☒ if Supplemental Declarations Is Attached

**NAMED INSURED:** Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC. | ADDRESS |
|------|---------|
| 1 | 7610 DALE AVE<br>SAINT LOUIS MO 63117 |
| 2 | 1348 W CONCORD PL<br>CHICAGO IL 60642 |
| 3 | 4512 MANCHESTER AVE<br>SAINT LOUIS MO 63110 |
| 4 | 88 CARTER DR<br>EDISON NJ 08817 |
| 5 | 4221 CONNECTICUT AVE NW<br>WASHINGTON DC 20008 |
| 6 | 3300 SAMUEL SHEPARD DR<br>SAINT LOUIS MO 63103 |

CSGA 403 10 07                                                                          Page 1 of 1

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945          POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE A-Area B-Payroll S-Gross Sales U-Units | RATE Premises Operations and All Other | RATE Products/ Completed Operations | DEPOSIT PREMIUM Premises Operations and All Other | DEPOSIT PREMIUM Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| 1 | Warehouse - cold individual storage lockers | 49763 | S, 300000 | 2.683 | .000 | $805 | |
| 1 | Freight Forwarders or Handlers - Not Otherwise Classified | 94617 | B, 250000 | 12.218 | .000 | $3,055 | |
| 2 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .895 | .000 | $ | |
| 2 | Warehouse - cold individual storage lockers | 49763 | S, 400000 | 6.985 | .000 | $2,794 | |
| 3 | Consultants - Not Otherwise Classified | 41677 | B, 147000 | .717 | .000 | $105 | |
| 4 | Warehouse - cold individual storage lockers | 49763 | S, 1460000 | 9.097 | .000 | $13,282 | |
| 4 | Consultants - Not Otherwise Classified | 41677 | B, If Any | 1.632 | .000 | $ | |
| 5 | Warehouse - cold individual storage lockers | 49763 | S, 400000 | 2.397 | .000 | $959 | |
| 5 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .717 | .000 | $ | |
| 6 | Consultants - Not Otherwise Classified | 41677 | B, If Any | .717 | .000 | $ | |
| | Employee Benefits | | | | | $239 | |

CSGA 408 04 08

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945    POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED: Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

|  |  |  | PREMIUM BASE | RATE | | DEPOSIT PREMIUM | |
| LOC NO. | CLASSIFICATION | CODE NO. | A - Area B - Payroll S - Gross Sales U -Units | Premises Operations and All Other | Products/ Completed Operations | Premises Operations and All Other | Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| | CSIA4050809-A-Commercial General Liability Hired and Non-Owned Auto | | | | | $500 | |
| | CSGA4371108-Additional Insured-Owners, Lessees or Contractors-Automatic Status When Required in Construction Agreement with You-Operations and Completed Operations | | | | | $500 | Flat |

CSGA 408 04 08

Page 2 of 2



# The Cincinnati Specialty Underwriters Insurance Company
### A Stock Insurance Company

**Headquarters:** 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address:** P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0048945      **PREVIOUS POLICY NUMBER:** CSU0048945

**NAMED INSURED AND MAILING ADDRESS:**
Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

Refer to Named Insured Schedule CSIA409
3300 SAMUEL SHEPARD DR
SAINT LOUIS MO 63103

| **PRODUCER** - Your contact for matters pertaining to this policy: 24-045 | Broker: 0410986 |
|---|---|
| The Cornerstone Insurance Group, LLC<br>721 Emerson Rd Ste 500<br>Saint Louis MO 63141-6757 | CSU Producer Resources, Inc.<br>6200 South Gilmore Road<br>Fairfield, OH 45014-5141<br>Scott Hintze |

**Policy Period: From** 07/05/2014  **To** 07/05/2015    AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual  ☐ Partnership ☐ Corporation ☐ Joint Venture  ☒ Limited Liability Company  ☐ Other

**Business Description:** Wine Cellar Services - Inventory Management/Consulting/Storage/Deliver

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| DEPOSIT PREMIUM | | |
| Commercial General Liability | $ | 22,989.00 |
| Terrorism Risk Insurance Extension Act | $ | 345.00 |
| TOTAL POLICY PREMIUM | $ | 23,334.00 |

CANCELLATION MINIMUM EARNED PREMIUM IS 25.0% OF TOTAL POLICY PREMIUM.

| | | |
|---|---|---|
| Surplus Lines Taxes | $ | 1,084.73 |
| Stamping Fee | $ | 3.54 |
| Other Taxes or Fees | | N/A |
| TOTAL | $ | 24,422.27 |

Premium is subject to annual audit: ☐ Yes  ☒ No

**NOTICE TO POLICYHOLDER:**
This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws. It is NOT covered by the Missouri Insurance Guaranty Association. This insurer is not licensed by the state of Missouri and is not subject to its supervision.

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule   CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by:   IL11111111111                                            Date   _____

(Authorized representative or countersignature, where applicable)

**POLICY NUMBER** CSU0048945

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

### SCHEDULE

Named Insured:  Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC


Domaine DC, LLC
Domaine Transit, LLC

CSIA 409 01 08                                                        Page 1 of 1

# Forms and Endorsements Schedule

POLICY NUMBER:  CSU0048945        POLICY EFFECTIVE DATE:  07/05/2014

NAMED INSURED: LLC; Domaine St. Louis, LLC; Domain New York, LLC
Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago,

## FORMS APPLICABLE

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (06/11) | Common Policy Declarations |
| CSIA409 (01/06) | Named Insured Schedule |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA417 (01/09) | Cap on Losses from Certified Acts of Terrorism |
| CSIA11 (01/11) | Policy Change Endorsement |

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CSGA501 (04/08) | Commercial General Liability Coverage Part Declarations |
| CSGA403 (10/07) | Liability Premises Schedule |
| CSGA408 (04/08) | Commercial General Liability Classification and Premium Schedule |
| CG0001TOC (04/13) | Commercial General Liability Coverage Form Table of Contents |
| CG0001 (04/13) | Commercial General Liability Coverage Form |
| CSGA401TOC (02/13) | Changes to Commercial General Liability Coverage Form Table of Contents |
| CSGA401 (02/11) | Changes to Commercial General Liability Coverage Form |
| CSGA402TOC (02/13) | Contractors-Changes to Commercial General Liability Coverage Part Table of Contents |
| CSCA402 (02/13) | Contractors-Changes to Commercial General Liability Coverage Part |
| CSIA403 (08/07) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| IL0017 (11/98) | Common Policy Conditions |
| IL0208 (09/07) | NJ Changes - Cancellation and Nonrenewal |
| IL0003 (09/08) | Calculation of Premium |
| CG2229 (11/85) | Exclusion - Property Entrusted |
| CG2196 (03/05) | Silica Or Silica-Related Dust Exclusion |

CSIA 406 08 07

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0048945     **POLICY EFFECTIVE DATE:** 07/05/2014

**NAMED INSURED:** Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

## FORMS APPLICABLE

Forms Applicable - Commercial General Liability

| | |
|---|---|
| CG2149 (09/99) | Total Pollution Exclusion Endorsement |
| CG2147 (12/07) | Employment-Related Practices Exclusion |
| CG0300 (01/96) | Deductible Liability Insurance |
| CSGA418 (06/08) | Amendment of Pollutants Definition |
| CSGA361 (06/08) | Exclusion - Fungi or Bacteria |
| CSGA439 (11/08) | Amendment of Duties in the Event of Occurrence Offense Claim or Suit Condition |
| IL0021 (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| CSLL348 (01/08) | Limitation - No Stacking of Limits of Insurance |
| CG2625 (04/05) | Missouri Changes - Guaranty Association |
| CSGA320 (01/08) | Exclusion - Intellectual Property |
| CG0435 (12/07) | Employee Benefits Liability Coverage |
| CSGA322 (01/08) | Exclusion - Manganese |
| CSIA405 (08/09)-A | Commercial General Liability Hired and Non-Owned Auto |
| CG2650 (04/13) | Missouri Changes - Medical Payments |
| CG2426 (04/13) | Amendment of Insured Contract Definition |
| CG215C (04/13) | Amendment of Liquor Liability Exclusion |
| CSGA416 (04/08) | Independent Contractors Limitations of Coverage |
| CSGA437 (11/08) | Additional Insured-Owners Lessees or Contractors-Automatic Status When Required in Construction Agr |

CSIA 406 08 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**
P.O. Box 145496, CINCINNATI, OH 45250-5496

# POLICY CHANGE ENDORSEMENT

| | |
|---|---|
| Attached to and forming part of POLICY NUMBER: CSU0048945 | Policy Change Endorsement Number: 3 |

**NAMED INSURED AND MAILING ADDRESS:**

Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC
Refer to Named Insured Schedule CSIA 409
3300 SAMUEL SHEPARD DR
SAINT LOUIS MO 63103

---

**PRODUCER - Your contact for matters pertaining to this policy:**
The Cornerstone Insurance Group, LLC                    24-045
721 Emerson Rd Ste 500
Saint Louis MO 63141-6757

---

Broker: 0410986
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

---

| | |
|---|---|
| **Effective Date of Policy Change:** 05/01/2015 | Signature of authorized representative or countersignature, where applicable:  IL11111111111 |

| | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|
| Policy Change Premium | $134.00 | $.00 |
| Terrorism Risk Insurance Extension Act | $2.00 | $.00 |
| Surplus lines taxes | $5.10 | $.00 |
| Stamping fee | $.00 | $.00 |
| Other taxes or fees | $.00 | $.00 |
| **TOTAL DUE:** | $141.10 | $.00 |

| | | |
|---|---|---|
| **NET TOTAL** | $141.10 | $.00 |

| TYPE OF CHANGE | COVERAGE | DESCRIPTION |
|---|---|---|
| Add | Other | Location- 1000 N. Branch St., Chicago, IL 60642 |
| Add | Classification | 68606, Vacant Buildings |

The policy is changed as described in this endorsement. All other terms and conditions are unchanged.

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0048945          **POLICY EFFECTIVE DATE:** 07/05/2014          ☒ **If Supplemental Declarations Is Attached**

**NAMED INSURED:** Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC. | ADDRESS |
|---|---|
| 1 | 7610 DALE AVE<br>SAINT LOUIS MO 63117 |
| 2 | 1348 W CONCORD PL<br>CHICAGO IL 60642 |
| 3 | 4512 MANCHESTER AVE<br>SAINT LOUIS MO 63110 |
| 4 | 88 CARTER DR<br>EDISON NJ 08817 |
| 5 | 4221 CONNECTICUT AVE NW<br>WASHINGTON DC 20008 |
| 6 | 3300 SAMUEL SHEPARD DR<br>SAINT LOUIS MO 63103 |
| 7 | 1000 N NORTH BRANCH ST<br>CHICAGO IL 60642 |

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945    POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED: Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE A - Area B - Payroll S - Gross Sales U -Units | | RATE Premises Operations and All Other | RATE Products/ Completed Operations | DEPOSIT PREMIUM Premises Operations and All Other | DEPOSIT PREMIUM Products/ Completed Operations |
|---|---|---|---|---|---|---|---|---|
| 1 | Warehouse - cold individual storage lockers | 49763 | S, | 300000 | 2.683 | .000 | $805 | |
| 1 | Freight Forwarders or Handlers - Not Otherwise Classified | 94617 | B, | 250000 | 12.218 | .000 | $3,055 | |
| 2 | Consultants - Not Otherwise Classified | 41677 | B, | If Any | .895 | .000 | $ | |
| 2 | Warehouse - cold individual storage lockers | 49763 | S, | 400000 | 6.985 | .000 | $2,794 | |
| 3 | Consultants - Not Otherwise Classified | 41677 | B, | 147000 | .717 | .000 | $105 | |
| 4 | Warehouse - cold individual storage lockers | 49763 | S, | 1460000 | 9.097 | .000 | $13,282 | |
| 4 | Consultants - Not Otherwise Classified | 41677 | B, | If Any | 1.632 | .000 | $ | |
| 5 | Warehouse - cold individual storage lockers | 49763 | S, | 400000 | 2.397 | .000 | $959 | |
| 5 | Consultants - Not Otherwise Classified | 41677 | B, | If Any | .717 | .000 | $ | |
| 6 | Consultants - Not Otherwise Classified | 41677 | B, | If Any | .717 | .000 | $ | |
| 7 | Vacant Buildings - not factories (For-Profit) | 68606 | A, | 24829 | 30.206 | .000 | $750 | |

CSGA 408 04 08

# Commercial General Liability Classification and Premium Schedule

POLICY NUMBER: CSU0048945        POLICY EFFECTIVE DATE: 07/05/2014

NAMED INSURED: Cellar Advisors, LLC; Domaine Management, LLC; Domaine Chicago, LLC; Domaine St. Louis, LLC; Domain New York, LLC

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE A - Area B - Payroll S - Gross Sales U - Units | RATE Premises Operations and All Other | RATE Products/ Completed Operations | DEPOSIT PREMIUM Premises Operations and All Other | DEPOSIT PREMIUM Products/ Completed Operations |
|---|---|---|---|---|---|---|---|
| | Employee Benefits | | | | | $239 | |
| | CSIA4050809-A-Commercial General Liability Hired and Non-Owned Auto | | | | | $500 | |
| | CSGA4371108-Additional Insured-Owners, Lessees or Contractors-Automatic Status When Required in Construction Agreement with You-Operations and Completed Operations | | | | | $500 | Flat |

CSGA 408 04 08