**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **NETHERLANDS INSURANCE COMPANY and HAWKEYE-SECURITY INSURANCE COMPANY,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case no.  4:17cv02585 PLC |
| **CELLAR ADVISORS, LLC, DOMAINE SAINT LOUIS, LLC, DOMAINE NEW YORK, LLC, and MARC LAZAR,** ) ) ) ) ) | |
| Defendants/ Crossclaim Defendants, ) ) ) | |
| and ) ) | |
| **GREAT NORTHERN INSURANCE COMPANY,** ) ) ) | |
| Defendant/Crossclaimant. ) | |

| | |
|---|---|
| **THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case no. 4:18cv00112 PLC |
| **CELLAR ADVISORS, LLC,** ) ) | |
| Defendant. ) | |

## DISMISSAL ORDER

    This matter is before the Court on a stipulation of dismissal with prejudice [ECF No. 84] filed by all parties in these two consolidated cases (Plaintiffs Netherlands Insurance Company

and Hawkeye Security Insurance Company in case no. 4:17cv02585 PLC; Defendants/Crossclaim Defendants Cellar Advisors, LLC, Domaine Saint Louis, LLC, Domaine New York, LLC, and Marc Lazar in case no. 4:17cv02585 PLC; Defendant/Crossclaimant Great Northern Insurance Company in case no. 4:17cv02585 PLC; Plaintiff The Cincinnati Specialty Underwriters Insurance Company in case no. 4:18cv00112 PLC; and Defendant Cellar Advisors, LLC in case no. 4:18cv00112 PLC).  The parties stipulate to the dismissal with prejudice of "all claims, counterclaims,[1] and cross-claims in these matters" (footnote added), with "each party to bear its/his/her costs."  After review of the record and careful consideration,

**IT IS ORDERED** that, due to the stipulated dismissal of these consolidated cases, the pending motion to intervene [ECF No. 74] is **DENIED without prejudice.**

**IT IS HEREBY FURTHER ORDERED** that all claims, counterclaims, and cross-claims in these matters are **DISMISSED with prejudice**, with each party to bear its/his/her costs.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of April, 2019.

---

[1] On May 11, 2018, the parties to the counterclaim in case no. 4:17cv02585 PLC dismissed the counterclaim without prejudice.  See ECF Nos. 65 and 66.